FILED
2019 Jul-18 AM 11:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BRANDI CURRY,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **CASE NO: 2:16-CV-02008-SGC** |
| | ) | |
| **KOCH FOODS OF ASHLAND, LLC., and ALEX HUDDLESTON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), Plaintiff Brandy Curry and Defendants Koch Foods of Ashland, LLC and Alex Huddleston, stipulate that this action be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 18TH day of July, 2019.

Jon C. Goldfarb
L. William Smith
**WIGGINS, CHILDS, PANTAZIS, FISHER, & GOLDFARB LLC**
301 19th Street North
Birmingham, Alabama 35203

Attorneys for Plaintiff

Steven M. Stastny
**STASTNY LAW FIRM LLC**
P.O. Box 430052
Birmingham, AL 35243

Attorney for Alex Huddleston

Janell M. Ahnert
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL 35203-3204

Attorney for Defendant Koch Foods of Ashland, LLC